AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00583 |
| DEANGELO TYRONE JENKINS | ) Assigned To : Harvey, G. Michael |
| DOB: xx/xx/xxxx-PDID: xxx-xxx | ) Assign. Date : 8/31/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  August 29, 2021  in the county of _____  in the _____ District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did possess in and affecting commerce, ammunition, and did receive ammunition, which had been shipped and transported in interstate and foreign commerce, that is, 9mm ammunition. |
| 22 D.C. Code § 4503(a)(1) | (Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Margodane Vanriel, Officer, MPD
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by Telephone (specify reliable electronic means).

Date:  08/31/2021                                    _____
                                                                        *Judge's signature*

City and state:  Washington, DC                G. Michael Harvey, U.S. Magistrate Judge
                                                                        *Printed name and title*