Case 1:22-cr-00005-DLF Document 1

Case: 1:21-mj-00583
Assigned To : Harvey, G. Michael
Assign. Date : 8/31/2021
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

On August 29, 2021, at approximately 5:05PM, Metropolitan Police Department ("MPD") Officers Vanriel and Pantaleon were working as Traffic 1, utilizing a marked police cruiser. While conducting traffic enforcement in the District of Columbia, Officer Vanriel observed a burgundy Mercury with Virginia tags UBB8249 traveling eastbound in the 3000 block of Benning Road, NE, Washington DC. Officers had a clear view inside the vehicle and observed that the front-seat passenger did not have on a seat belt. The officers engaged the cruiser's emergency equipment and conducted a traffic stop in the 3300 block of Benning Road, NE. Officer Vanriel approached the driver side of the vehicle while officer Pantaleon approached the passenger side of the vehicle. The driver was later identified as Deangelo Tyrone Jenkins (hereinafter the "defendant"). The vehicle had two additional occupants – one individual in the front passenger seat and another individual in the rear driver's side passenger seat.

Officer Vanriel asked the defendant for his driver's license and registration of the vehicle. Officer Vanriel also advised the defendant of the purpose of the traffic stop. The defendant provided a District of Columbia Learner's Permit. Officer Vanriel conducted a Washington Area Law Enforcement System (WALES) check of the defendant's permit. The check revealed that the defendant's permit was expired and had been expired since 2018. Officer Vanriel returned to the vehicle and asked the defendant to step out of the vehicle in order to place him under arrest for No Permit.

After the defendant stepped out of the vehicle, Officer Vanriel conducted a pat down of the defendant. Officer Vanriel felt a hard object in the defendant's groin area. Based on Officer Vanriel's training and experience, he immediately recognized the object to be a firearm. A search of the defendant's groin area, in between multiple layers of undergarments, Officer Vanriel recovered a 40-caliber green polymer 80 Privately Made Firearm ("PMF") also commonly referred to as a "ghost gun" with a black Glock 22 upper receiver (slide). The Glock receiver had a serial number of CWF482. The lower receiver did not have a serial number. The firearm was loaded with one round of .40 caliber ammunition in the chamber and 14 rounds of .40 caliber ammunition in a 15-round capacity magazine. There are no firearms manufacturers in the District of Columbia. Therefore, the firearm and ammunition recovered must have traveled in interstate commerce.

After conducting a search incident to arrest of the defendant, MPD also recovered a clear plastic bag with a white rock-like substance from the defendant's right pants' coin pocket. A portion of the substance was field-tested and yielded a positive reaction for cocaine base. In the same pocket, officers also recovered another clear plastic bag which contained a dark rock-like substance.

A criminal history check of the defendant through the National Crime Information Center (NCIC) and the JUSTIS system confirmed that the defendant has prior felony convictions in the District Court for the District of Columbia for Unlawful Possession of a Firearm and Unlawful Possession of a Controlled Substance-Cocaine, case number 17-cr-223 (TJK). The defendant was sentenced to forty-three (43) months of incarceration for the Unlawful Possession of a Firearm convictions and a consecutive four (4) months for the Unlawful Possession of Cocaine, followed by 36 months of supervised release. The defendant was on supervised release for these convictions at the time of his arrest in this case. In addition, the defendant was convicted in D.C. Superior Court for Carrying a Pistol Without a License, case number 2016-CF2-010154. The defendant was

sentenced to twenty-one (21) months of incarceration. The defendant was also convicted in D.C. Superior Court of Armed Robbery and felony Destruction of Property. The defendant was sentenced to four (4) years of incarceration for the Armed Robbery and one (1) year of incarceration for the Destruction of Property, to run concurrently to one another. Therefore, the defendant was aware at the time of his arrest in this case that he had prior convictions for crimes punishable by more than one year.

_____
OFFICER MARGODANE VANRIEL
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 31st day of August 2021.*

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE